**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DETRICK DESHAWN CROSTON,                                      PLAINTIFF
ADC # 131172

v.                                     4:12-cv-00168-JMM-JJV

KARL BYRD, Sheriff,
Faulkner County; *et al.*                                                      DEFENDANTS

## **ORDER**

       1.      Service is appropriate for the Defendants in this matter.

       2.      The Clerk of the Court shall prepare Summons for the Defendants.

       3.      The United States Marshal shall serve a copy of the Complaint (Doc. No. 2) and Summons on the Defendants without prepayment of fees and costs or security therefore.

        SO ORDERED this <u>13th</u> day of September, 2012.

                                                                         JOE J. VOLPE
                                                                         UNITED STATES MAGISTRATE JUDGE