**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DETRICK DESHAWN CROSTON,                                                                    PLAINTIFF
ADC # 131172

v.                                            4:12-cv-00168-JMM-JJV

KARL BYRD, Sheriff,
Faulkner County; *et al.*                                                                   DEFENDANTS

## ORDER

1.  Service is appropriate for the Defendants in this matter.

2.  The Clerk of the Court shall prepare Summons for the Defendants.

3.  The United States Marshal shall serve a copy of the Complaint (Doc. No. 2) and

Summons on the Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 13th day of September, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE