**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DETRICK DESHAWN CROSTON,                                                                          PLAINTIFF
ADC # 131172

v.                                              4:12CV00168-JMM-JJV

KARL BYRD, Sheriff,
Faulkner County; *et al.*                                                                              DEFENDANTS

## ORDER

This matter is scheduled for a hearing on Defendants' Motion to Dismiss *AND FOR COSTS OR ALTERNATIVE MOTION TO STAY* (Doc. No. 43) at 10:00 a.m., on Tuesday, April 30, 2013. The Arkansas Department of Correction (ADC) is hereby directed to transport Plaintiff, along with his institutional, medical, and psychiatric files, on this date by 9:30 a.m., for a hearing in Courtroom #2C of the Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 3rd day of April, 2013.

_____
JOE J. VOLPE
UNITED STATES DISTRICT JUDGE