**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DETRICK DESHAWN CROSTON
ADC #131172                                                                                                          PLAINTIFF

v.                                                4:12CV00168-JMM-JJV

KARL BYRD, Sheriff,
Faulkner County; *et al.*                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Defendants' Motion for Summary Judgment (Doc. No. 53) is GRANTED.

2.   This cause of action is DISMISSED with prejudice.

3.   The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 19th day of August, 2013.

*[signature]*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE