**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DETRICK DESHAWN CROSTON
ADC #131172                                                                                              PLAINTIFF

v.                                         4:12CV00168J-MM-JJV

KARL BYRD, Sheriff
Faulkner County; *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 19th day of August, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE